** SALARIES — COURT REPORTERS — COURT OF COMMON PLEAS ** THE SALARIES OF THE OFFICIAL COURT REPORTERS OF THE COURTS OF COMMON PLEAS SHOULD BE FIXED IN ACCORDANCE WITH THE GENERAL SALARY ACT SET FORTH IN 19 O.S. 180.58 [19-180.58] TO 19 O.S. 180.67 [19-180.67], AND NO PART OF SAID SALARIES SHOULD BE PAID FROM THE COURT FUND. CITE: OPINION NO. JANUARY 25, 1951 — BICKING, 19 O.S. 180.67 [19-180.67] (W. J. MONROE)